IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES RIGDON, ) | |
| ) | |
| Petitioner, ) | Case No. CV 05-0175-E-MHW |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| JERRY JOHNSON, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Based upon the Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED: March 7, 2006

Honorable Mikel H. Williams
United States Magistrate Judge